IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID T. YARBOROUGH, | § | |
| | § | No. 166, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1202006406 |
| STATE OF DELAWARE, | § | 1201018253 |
| | § | 1402013417 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 20, 2018
Decided: April 25, 2018

## **ORDER**

The Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to consider an appeal from a decision issued by a Superior Court Commissioner. The appellant received the notice to show cause on April 9, 2018 and has not responded to the notice within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice